UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CANDIDO RIJO AVILA,

       Petitioner,

    -v-

KEN GENALO, New York Director, Field Office,
*et al.*,

       Respondents.

------------------------------------------------------x

No. 26-cv-03471

## ORDER

Before the Court is Petitioner Candido Rijo Avila's petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Docket entry no. ("Petition").) Petitioner also filed a motion for TRO and Order to Show Cause. The Court, having examined the Petition, and in its Part I capacity, hereby ORDERS that:

1.    Within **two business days of the date of this Order,** the Respondents shall file a letter with the following information:

    a.    Petitioner's "A-number" and current place of detention;

    b.    whether Petitioner was located in the Southern District of New York at the time that the Petition was filed and, if not, the District in which Petitioner was located at the time of filing and whether the Petition should be immediately transferred to that District. See, e.g., Öztürk v. Hyde, 136 F.4th 382, 391-92 (2d Cir. 2025); Khalil v. Joyce, 771 F. Supp. 3d 268, 286-92 (S.D.N.Y. 2025);

1

c.     the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

d.     whether this action is distinguishable or analogous to previous cases decided by this Court or any other Court in this district, see, e.g., Weng v. Genalo, No. 25-CV-09595-JHR, 2026 WL 194248 (S.D.N.Y. Jan. 25, 2026); J.G.O. v. Francis, No. 25-CV-7233-AS, 2025 WL 3040142, at *1 (S.D.N.Y. Oct. 28, 2025);

e.     a copy of any final order of removal; and

f.     any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

2.     Within **two business days of the date of this Order**, the Respondents shall file a memorandum in opposition as to why the Petition should not be granted.

3.     Within **ten business days of the date of this Order**, Petitioner shall file any reply to the Respondents' memorandum in opposition.

4.     **To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal.** See, e.g., M.K. v. Joyce, No. 25-cv-1935-JMF, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025); Garcia-Izquierdo v. Gartner, No. 04-cv-7377-RCC, 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004).

5.     **To facilitate resolution of the Petition, Petitioner shall not be transferred, except to a facility within this District, the Easten District of New York, or**

2

**the District of New Jersey, absent further order of this Court.** <u>See, e.g.</u>, <u>Perez</u>

<u>y Perez v. Noem</u>, No. 25-cv-4828-DEH, 2025 WL 1908284, at *2-3 (S.D.N.Y.

June 13, 2025).

6.      This Order shall remain in effect unless and until it is vacated or modified.


The Clerk of Court is respectfully directed to electronically notify the Civil

Division of the U.S. Attorney's Office for the Southern District of New York of this Order. The

Clerk of the Court is directed to mail this Order to the Petitioner at: 140 Grand Street, Suite 307,

White Plains, New York, 10601. Petitioner may receive court documents by email, rather than

by mail, by completing the <u>Consent to Electronic Service</u> form

(<u>https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf</u>).


SO ORDERED.

Dated: New York, New York
       April 28, 2026

RICHARD M. BERMAN
United States District Judge

*Part I*

3