UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDIDO RIJO AVILA,

                                    Petitioner,

                    -against-

MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security, et al.,

                                    Respondents.

26-CV-3471 (JGLC)

**SUPPLEMENTAL ORDER AND
NOTICE OF CONFERENCE**

JESSICA G. L. CLARKE, United States District Judge:

On April 27, 2026, Petitioner Candido Rijo Avila filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. ECF 1.

The parties shall appear for a case management conference with the Court on **May 1, 2026** at **11:00 a.m.** The conference will be held in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

Counsel should confer in advance of the case management conference and submit a joint letter, no later than **April 30, 2026,** at **12:00 p.m.,** indicating whether the conference is necessary and addressing how the Court should handle the Petition. In the letter, Respondents should also address whether Petitioner was, as the Petition alleges, *see* ECF No. 1 ¶ 64, located in the Southern District of New York at the time that the Petition was filed.[1] The letter shall also include the statutory provision(s) under which Respondents assert the authority to detain

---

[1] If Respondents believe that Petitioner was not in the Southern District of New York at the time the Petition was filed, the parties should confer and indicate in the joint letter whether the Court should order immediate transfer to the District in which Petitioner was located at the time of filing. *See, e.g.*, *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025).

Petitioner, a copy of any final order of removal, and whether this action is distinguishable or analogous to previous cases decided by any other court in this district. If counsel do not believe a conference is required, and that briefing is appropriate, counsel should propose a briefing schedule (expedited or otherwise) in the joint letter. **The briefing schedule set forth in ECF No. 3 is no longer in effect.**

All counsel are required to register promptly as filing users on ECF. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/JGLC%20Clarke%20Individual%20Rules%20and%20Practices%20in%20Civil%20Cases%201.9.26%20FINAL.pdf.**

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

As stated in the Order at ECF No. 3, to preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States. Moreover, to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.

## CONCLUSION

The parties shall appear for a case management conference with the Court on **May 1, 2026** at **11:00 a.m.** The conference will be held in Courtroom 320 of the Charles L. Brieant Jr.

2

Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

**No later than <u>today</u>, April 28, 2026, Petitioner's counsel shall (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, to the Civil Division of the U.S. Attorney's Office, and (2) promptly file proof of such service on the docket.** Counsel for Respondents shall promptly enter notices of appearance.

SO ORDERED.

Dated:    April 28, 2026
White Plains, New York

JESSICA G. L. CLARKE
United States District Judge