**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 30, 2026

MEMO ENDORSED

By ECF
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Rijo Avila v. Genalo et al.*, No. 26 Civ. 3471 (JGLC)

Dear Judge Clarke:

This Office represents the government in the above-referenced habeas corpus action filed on April 27, 2026. ECF No. 1. On April 28, 2026, the Court issued an order scheduling an initial conference for 11:00 a.m. on May 1, and directed the parties to confer in advance of the conference and submit a joint letter no later than 12:00 p.m. on April 30, indicating whether the conference is necessary, among other things. ECF No. 4. The parties have conferenced, and I write respectfully, on behalf of the parties, as follows.

First, the parties do not believe the conference is necessary prior to briefing, as the parties have agreed upon a briefing schedule for addressing the habeas petition. Second, the parties propose the following agreed upon briefing schedule:

- The government shall file an opposition to the petition by Thursday, May 7, 2026;
- Petitioner shall file a reply, if any, by Tuesday, May 12, 2026.

Lastly, I write separately to address the Court's questions directed to the government, as follows.

**a. whether Petitioner was … located in the Southern District of New York at the time that the Petition was filed**

The Petitioner was located within the Southern District of New York at the time the petition was filed, and therefore venue is not in dispute.

**b. the statutory provision(s) under which Respondents assert the authority to detain Petitioner**

Petitioner's detention is governed by 8 U.S.C. § 1231(a)(6).

**c. A copy of any final order of removal**

A copy of Petitioner's final order of removal is attached.

**d. whether this action is distinguishable or analogous to previous cases decided by any other court in this district**

Petitioner is subject to a final removal order, which was entered in absentia when Petitioner failed to appear for removal proceedings in 2004. Petitioner was arrested by ICE on April 28, 2026, based on his final removal order, and so he is detained under 8 U.S.C. § 1231(a)(6) pending his removal from the United States. While the precise claims may be different, the fact pattern of this case is analogous to several others decided by other courts in this district. *See Lin v. Francis*, No. 25 Civ. 10001 (PAE), 2025 WL 375185 (S.D.N.Y. Dec. 29, 2025) (denying habeas petition for alien with final removal order under similar circumstances); *Gualpa-Mizhquiri v. Francis*, No. 26 Civ. 156 (JAV), 2026 WL 396081 (S.D.N.Y. Feb. 12, 2026) (same); *Romero v. Noem*, No. 26 Civ. 1884 (MMG), 2026 WL 775847 (S.D.N.Y. Mar. 19, 2026) (same). In his petition, Petitioner cites Diallo v. Joyce, No. 25 Civ. 9909 (AS), 2025 WL 3718477 (S.D.N.Y. Dec. 23, 2025), but, as the government will explain in its briefing, that case is inapposite. The government intends to file a full opposition to the petition here.

* * *

We thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

cc: Petitioner's Counsel (by ECF)

Application GRANTED. The Court CANCELS the conference in this matter, previously scheduled for May 1, 2026, at 11:00 a.m. Additionally, the Court ADOPTS the briefing schedule set forth herein.

SO ORDERED.

Jessica Clarke
JESSICA G. L. CLARKE, United States District Judge
Dated: April 30, 2026
White Plains, New York