**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 8, 2026

By ECF
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re: *Rijo Avila v. Genalo et al.*, No. 26 Civ. 3471 (JGLC)

Dear Judge Clarke:

This Office represents the government in the above-referenced habeas corpus action, in which the petitioner challenges his detention. On May 7, 2026, I filed a Return, but I incorrectly used the "Memorandum of Law" event. ECF No. 9. I then refiled the Return under the correct event. ECF No. 12. I apologize to the court, and respectfully move to strike my submission at ECF No. 9.

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

cc: Petitioner's Counsel (by ECF)

Application GRANTED. The Court directs the Clerk of Court to strike ECF No. 9.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE, United States District Judge
Dated: May 8, 2026
White Plains, New York