UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDIDO RIJO AVILA,

                          Petitioner,

            -against-                                    26-CV-3471 (JGLC)

MARKWAYNE MULLIN, et al.,                                **ORDER**

                          Respondents.

JESSICA G. L. CLARKE, United States District Judge:

 Petitioner's Reply, if any, was due on May 12, 2026. ECF No. 7. Petitioner did not file a

reply. The Court will consider any reply filed by or before 4 p.m. today, May 13, 2026.

Dated:  May 13, 2026
   White Plains, New York

         SO ORDERED.

         JESSICA G. L. CLARKE
         United States District Judge