MEMO ENDORSED


# MUSA-OBREGON LAW PC

ATTORNEYS AND COUNSELORS AT LAW
140 Grand Street, Suite 307
White Plains, New York 10601
TEL (718)803-1000
FAX (866)788-8061

S. MICHAEL MUSA-OBREGON

PETER KAPITONOV*
MARIANNY REYES
KARL J. ASHANTI
SAMI EL CHERIF
ALEIX CUADRADO
NOEL AKINSOLA
MUHAMMAD SALMAN IQBAL

MELISSA BARBOSA KOBERNITSKI
Of Counsel

*Admitted NY, NJ

MANHATTAN OFFICE
757 THIRD AVENUE, 20TH FL
NEW YORK, NY 10017

**REPLY TO WHITE PLAINS OFFICE**


May 13, 2026

By ECF

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Application GRANTED. The Court extends Petitioner's deadline eight hours to file a reply by May 14, 2026, at 12:00 a.m. The Court will not grant further extensions.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE, United States District Judge
Dated: May 13, 2026
White Plains, New York

Re: *Rijo Avila v. Genalo et al.,* No. 26 Civ. 3471 (JGLC)

Dear Judge Clarke:

The Court has graciously *sua sponte* ordered that I be allowed to submit any response to the government's letter in opposition by 4 PM today. The habeas hearing is this Friday.

I respectfully request that the Court kindly allow me to submit a response *by tonight's end* due to the crush of other emergency habeas work that I had to submit immediately in before my clients are moved from the NY /NJ area to other federal districts outside the current jurisdiction.

I thank the Court for its consideration.

Sincerely,

/s/ S. Michael Musa-Obregon
S. Michael Musa-Obregon
michael@musa-obregon.com

White Plains, New York