UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDIDO RIJO AVILA,

                          Petitioner,

            -against-

MARKWAYNE MULLIN, et al.,

                          Respondents.

26-CV-3471 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Government is ordered to file a copy of the January 14, 2004 Notice of Hearing issued by the Immigration Court that instructed Petitioner to appear at the Varick Immigration Court on February 3, 2004, **no later than May 14, 2026, at 5:00 p.m.**, or a letter explaining the Government's inability to do so. *See* ECF No. 10 ¶ 8. Additionally, the Government is also instructed to file a copy of the July 25, 2003 Notice to Appear referenced at ECF No. 12-9 at 3, or a letter explaining the Government's inability to do so, **by the same deadline**.

Dated: May 14, 2026
       White Plains, New York

                                        SO ORDERED.

                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge