UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDIDO RIJO AVILA,

                    Petitioner,

          -against-

MARKWAYNE MULLIN, et al.,

                    Respondents.

26-CV-3471 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

     For the reasons stated on the record during the conference held on May 18, 2026, the Court DENIES Petitioner's Petition for Writ of Habeas Corpus. The Court also stated on the record that it would stay the effect of the Order at ECF No. 3, which prohibited both Petitioner's removal from the United States and transfer to facilities outside of this District, the Eastern District of New York, and the District of New Jersey, for three weeks to allow Petitioner time to seek a further stay pending appeal before the Second Circuit. However, Petitioner has now indicated he does not intend to appeal. ECF No. 23. As such, the stay is lifted, and the Order at ECF No. 3 is no longer in effect.

     The Clerk of Court is directed to terminate ECF No. 2 and close this case.

Dated:  May 18, 2026
        White Plains, New York

                SO ORDERED.

                *Jessica Clarke*

                JESSICA G. L. CLARKE
                United States District Judge